GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

AUG 0 3 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-00600-PHX-DLR (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 371<br>(Conspiracy to Make False Statements in Acquisition of Firearms)<br>Count 1 |
| 1. Chris Oliver,<br>(Counts 1–65) | |
| 2. Michael Kelly, and<br>(Counts 1, 62-63) | 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 2 |
| 3. Dion Delpino,<br>(Counts 1, 64-65) | |
| Defendants. | 18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 3–65 |
| | 18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. § 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about September 2, 2019 through on or about November 11, 2020, within the District of Arizona, Defendants CHRIS OLIVER, MICHAEL KELLY, and DION DELPINO did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make false statements or representations to licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to purchase firearms from licensed dealers of firearms through the use of false statements and representations.

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and/or their co-conspirators would purchase multiple firearms of the same make, model, and caliber while employing false statements or representations on the ATF Form 4473.

It was a further part of the conspiracy that other defendants and/or their co-conspirators would provide the purchased firearms to CHRIS OLIVER, and CHRIS OLIVER would then resell those firearms for profit.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Between on or about September 2, 2019 and November 10, 2020, CHRIS OLIVER, knowingly made false statements and representations to 15 different businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United

States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses. On 58 separate occasions, CHRIS OLIVER executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false.

Between on or about July 24, 2020 and November 11, 2020, in the District of Arizona, Defendant MICHAEL KELLY knowingly made false statements and representations to two different businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses. On two separate occasions, MICHAEL KELLY executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false. MICHAEL KELLY was directed by CHRIS OLIVER to make these false statements or representations. Pursuant to the directions of CHRIS OLIVER, MICHAEL KELLY made the false statements or representations with the knowledge and intent that he would provide the firearms he obtained using those false statements to CHRIS OLIVER.

Between on or about April 30, 2020 and May 5, 2020, in the District of Arizona, Defendant DION DELPINO knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On two separate occasions, DION DELPINO executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false. DION DELPINO was directed by CHRIS OLIVER to make these false statements or representations. Pursuant to the directions of CHRIS OLIVER, DION DELPINO made the false statements or

representations with the knowledge and intent that he would provide the firearms he obtained using those false statements to CHRIS OLIVER.

At the time of the commission of each of these aforementioned overt acts, none of the aforementioned defendants or their co-conspirators had a license or any other lawful authority to deal in firearms within the meaning of Chapter 44, Title 18, United States Code.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or between September 2, 2019 and November 11, 2020, in the District of Arizona, Defendant CHRIS OLIVER, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 3

On or about September 2, 2019, in the District of Arizona, Defendant CHRIS OLIVER, knowingly made false statements and representations to *SOUTHERN PAWN*, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *SOUTHERN PAWN*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 4 – 6

Between on or about September 15, 2020 through November 10, 2020, in the

District of Arizona, Defendant CHRIS OLIVER, on one to three occasions, knowingly made false statements and representations to *AL'S AMERICAN GUNS & AMMO*, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *AL'S AMERICAN GUNS & AMMO*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address:

| Count | Date |
|---|---|
| 4 | 9/15/2020 |
| 5 | 10/27/2020 |
| 6 | 11/10/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 7 – 17

Between on or about March 28, 2020 through September 22, 2020, in the District of Arizona, Defendant CHRIS OLIVER, on one to eleven occasions, knowingly made false statements and representations to *AMMO A-Z*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *AMMO A-Z*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address:

| Count | Date |
|---|---|
| 7 | 3/28/2020 |
| 8 | 5/12/2020 |
| 9 | 7/14/2020 |

| | |
|---|---|
| **10** | 7/20/2020 |
| **11** | 7/24/2020 |
| **12** | 7/28/2020 |
| **13** | 8/5/2020 |
| **14** | 9/9/2020 |
| **15** | 9/14/2020 |
| **16** | 9/15/2020 |
| **17** | 9/22/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 18 – 20

Between on or about May 9, 2020 through June 3, 2020, in the District of Arizona, Defendant CHRIS OLIVER, on one to three occasions, knowingly made false statements and representations to *INSIGHT GUNS LLC*, located in Tempe, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *INSIGHT GUNS LLC*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address:

| **Count** | **Date** |
|---|---|
| **18** | 5/9/2020 |
| **19** | 5/11/2020 |
| **20** | 6/3/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 21 – 28

Between on or about September 23, 2019 through June 24, 2020, in the District of Arizona, Defendant CHRIS OLIVER, on one to eight occasions, knowingly made false statements and representations to *SOUTHERN PAWN*, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with

respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *SOUTHERN PAWN*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address:

| Count | Date |
|---|---|
| 21 | 9/23/2019 |
| 22 | 10/9/2019 |
| 23 | 2/28/2020 |
| 24 | 3/15/2020 |
| 25 | 3/21/2020 |
| 26 | 6/4/2020 |
| 27 | 6/18/2020 |
| 28 | 6/24/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 29 – 34

Between on or about July 21, 2020 through September 1, 2020, in the District of Arizona, Defendant CHRIS OLIVER, on one to six occasions, knowingly made false statements and representations to *AZ FIREARMS AND ACCESSORIES, INC.*, located in Tempe, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *AZ FIREARMS AND ACCESSORIES, INC.*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address:

| Count | Date |
|---|---|
| 29 | 7/21/2020 |
| 30 | 7/24/2020 |

| | |
|---|---|
| 31 | 8/10/2020 |
| 32 | 8/11/2020 |
| 33 | 8/24/2020 |
| 34 | 9/1/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 35 – 44

Between on or about July 13, 2020 through September 22, 2020, in the District of Arizona, Defendant CHRIS OLIVER, on one to ten occasions, knowingly made false statements and representations to *PISTOL PARLOR*, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *PISTOL PARLOR*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address:

| Count | Date |
|---|---|
| 35 | 7/13/2020 |
| 36 | 7/29/2020 |
| 37 | 8/6/2020 |
| 38 | 8/11/2020 |
| 39 | 8/19/2020 |
| 40 | 8/24/2020 |
| 41 | 9/1/2020 |
| 42 | 9/2/2020 |
| 43 | 9/14/2020 |
| 44 | 9/22/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 45 – 53

Between on or about July 9, 2020 through October 21, 2020, in the District of Arizona, Defendant CHRIS OLIVER, on one to nine occasions, knowingly made false statements and representations to *CASWELL'S SHOOTING RANGE*, located in Mesa, Arizona, a

- 8 -

business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *CASWELL'S SHOOTING RANGE*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address:

| Count | Date |
|---|---|
| 45 | 7/9/2020 |
| 46 | 7/21/2020 |
| 47 | 7/24/2020 |
| 48 | 8/10/2020 |
| 49 | 8/11/2020 |
| 50 | 8/24/2020 |
| 51 | 9/10/2020 |
| 52 | 9/14/2020 |
| 53 | 10/21/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 54 – 55

Between on or about September 1, 2020 through September 9, 2020, in the District of Arizona, Defendant CHRIS OLIVER, on one to two occasions, knowingly made false statements and representations to *MO MONEY PAWN*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *MO MONEY PAWN*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address:

| Count | Date |
|---|---|
| 54 | 9/1/2020 |
| 55 | 9/9/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 56

On or about June 16, 2020, in the District of Arizona, Defendant CHRIS OLIVER, knowingly made false statements and representations to *TRUE GUNS*, located in Apache Junction, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *TRUE GUNS*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 57

On or about August 24, 2020, in the District of Arizona, Defendant CHRIS OLIVER, knowingly made false statements and representations to *AZ GUNS*, located in Chandler, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *AZ GUNS*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 58

On or about August 24, 2020, in the District of Arizona, Defendant CHRIS OLIVER, knowingly made false statements and representations to *G2A/G2A TACTICAL*,

1 located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title
2 18, United States Code, with respect to information required by the provisions of Chapter
3 44 of Title 18, United States Code, to be kept in the records of *G2A/G2A TACTICAL*, in
4 that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and
5 Explosives Form 4473, Firearms Transaction Record, stating he resided at an address in
6 Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different
7 address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 59

On or about September 2, 2020, in the District of Arizona, Defendant CHRIS OLIVER, knowingly made false statements and representations to *ALLEGIANT ARMS*, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *ALLEGIANT ARMS*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 60

On or about September 9, 2020, in the District of Arizona, Defendant CHRIS OLIVER, knowingly made false statements and representations to *MLS ARMS*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *MLS ARMS*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he resided at an address in Gilbert, Arizona,

whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 61

On or about September 14, 2020, in the District of Arizona, Defendant CHRIS OLIVER, knowingly made false statements and representations to *SHOOTER'S WORLD*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *SHOOTER'S WORLD*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating he resided at an address in Gilbert, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 62

On or about July 24, 2020, in the District of Arizona, Defendants MICHAEL KELLY and CHRIS OLIVER knowingly made false statements and representations to *AMMO A-Z*, located in Yuma, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *AMMO A-Z*, in that MICHAEL KELLY executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of CHRIS OLIVER.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 63

On or about November 11, 2020, in the District of Arizona, Defendants MICHAEL

KELLY and CHRIS OLIVER knowingly made false statements and representations to *PISTOL PARLOR*, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *PISTOL PARLOR*, in that MICHAEL KELLY executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of the firearms, and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of CHRIS OLIVER.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 64

On or about April 30, 2020, in the District of Arizona, Defendants DION DELPINO and CHRIS OLIVER knowingly made false statements and representations to *INSIGHT GUNS LLC*, located in Tempe, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *INSIGHT GUNS LLC*, in that DION DELPINO executed a Department of Justice, Bureau of Alco1hol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of CHRIS OLIVER.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 65

On or about May 5, 2020, in the District of Arizona, Defendants DION DELPINO and CHRIS OLIVER knowingly made false statements and representations to *INSIGHT GUNS LLC*, located in Tempe, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *INSIGHT GUNS LLC*, in that DION DELPINO executed a Department of Justice, Bureau of Alco1hol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of the firearms, and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of CHRIS OLIVER.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegation of Counts 1 through 65 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 65 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's/s' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

1   it is the intent of the United States to seek forfeiture of any other property of said
2   defendant(s) up to the value of the above-described forfeitable property, pursuant to Title
3   21, United States Code, Section 853(p).

4         All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21,
5   United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c),
6   and Rule 32.2, Federal Rules of Criminal Procedure.

                                  A TRUE BILL

                                    s/
                              FOREPERSON OF THE GRAND JURY
                              Date: August 3, 2021

11   GLENN B. McCORMICK
     Acting United States Attorney
12   District of Arizona

14       s/
     COLEEN SCHOCH
     Assistant U.S. Attorney